1  PHILLIP A. TALBERT
   United States Attorney
2  BRODIE M. BUTLAND
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000

5  Attorneys for Defendant U.S. Small Business Administration

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FREMONT BANK, | Case No.: 2:23-CV-02281-JDP |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| VALLEJO HOSPITALITY LLC, et al., | |
| Defendants. | |

Defendant U.S. Small Business Administration (SBA) has moved for an additional 28 days, or until December 12, 2023, to file a response to the Complaint in this matter (ECF No. 1).  Finding good cause, the SBA's Motion is **GRANTED.**  The SBA shall have until December 12, 2023, to respond to the Complaint.

IT IS SO ORDERED.

Dated:   November 14, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE