

# United States District Court
# Eastern District of California

| Fremont Bank | | Case Number: | 23-cv-02281-DJC-JDP |

Plaintiff(s)

V.

Vallejo Hospitality, et al.

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andrew H. Schrag hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: California Statewide Communities Development Authority

On 11/10/2011 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/19/2023    Signature of Applicant: /s/ Andrew H. Schrag

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Andrew H. Schrag |
| Law Firm Name: | Blank Rome LLP |
| Address: | 444 W. Lake Street |
| | Suite 1650 |
| City: | Chicago   State: IL   Zip: 60606 |
| Phone Number w/Area Code: | (312) 776-2521 |
| City and State of Residence: | Oak Park, Illinois |
| Primary E-mail Address: | andy.schrag@blankrome.com |
| Secondary E-mail Address: | arc@blankrome.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Harrison M. Brown |
| Law Firm Name: | Blank Rome LLP |
| Address: | 2029 Century Park East |
| | 6th Floor |
| City: | Los Angeles   State: CA   Zip: 90067 |
| Phone Number w/Area Code: | (424) 239-3400   Bar # 2916503 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 19, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE