KIRSCHENBAUM LAW, PC
Jeffrey B. Kirschenbaum (SBN: 152290)
Raymond E. Loughrey (SBN: 194363)
328 15th Street
Oakland, CA 94612
Tel.: (510) 740-9260
jeff@kirschenbaumlaw.com
ray@kirschenbaumlaw.com

Attorneys for Plaintiff
FREMONT BANK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREMONT BANK, a California state-chartered bank,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>VALLEJO HOSPITALITY LLC, et al.,<br><br>　　　　　　　Defendants. | CASE NO: 2:23-cv-02281-DJC-JDP<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE OF MOTION TO STRIKE** |

Plaintiff FREMONT BANK ("Plaintiff") and defendant CALIFORNIA STATEWIDE COMMUNITIES DEVELOPMENT AUTHORITY ("CSCDA"), through their undersigned counsel, jointly stipulate and request the entry of the [proposed] order as follows:

WHEREAS, on November 14, 2023, CSCDA filed a motion to strike counts one and five of Plaintiff's Complaint herein, which motion was scheduled to be heard before Magistrate Judge Jeremy D. Peterson on February 1, 2024; and

WHEREAS, following reassignment of this case to U.S. District Court Judge Daniel J. Calabretta, the February 1, 2024 hearing date was vacated and CSCDA re-noticed the hearing on its motion to strike to February 15, 2024 at 1:30 p.m.; and

WHEREAS, the hearings on Plaintiff's pending motions for (1) appointment of a receiver; (2) writ of attachment; and (3) summary adjudication are set for February 29, 2024 at 1:30 p.m.; and

WHEREAS, Plaintiff requested that CSCDA consent to continue the hearing on its motion to February 29, 2024 and CSCDA has agreed;

Plaintiff and CSCDA hereby stipulate and request the Court to continue the hearing on CSCDA's motion to strike to February 29, 2024 at 1:30 p.m., to be heard at the same time as Plaintiff's pending motions.

DATED: February 7, 2024          KIRSCHENBAUM LAW, PC

                                 By: _____/s/ Jeffrey B. Kirschenbaum_____
                                         Jeffrey B. Kirschenbaum
                                         Attorneys for Plaintiff
                                         FREMONT BANK

DATED: February 7, 2024          BLANK ROME LLP

                                 By: _____/s/ Andrew Schrag_____
                                         Andrew Schrag
                                         Attorneys defendant
                                         CALIFORNIA STATEWIDE COMMUNITIES
                                         DEVELOPMENT AUTHORITY

**ATTESTATION PURSUANT TO LOCAL RULE 131(e)**

Pursuant to Civil Local Rule 131(e), counsel for Plaintiff attests that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED:  February 7, 2024                                KIRSCHENBAUM LAW, PC


                                        By:   */s/ Jeffrey B. Kirschenbaum*
                                                    Jeffrey B. Kirschenbaum
                                                    Attorneys for Plaintiff
                                                    FREMONT BANK


**ORDER**

The Court, having considered the Joint Stipulation of the parties, and good cause appearing therefor, hereby ORDERS that the hearing on defendant CSCDA's motion to strike is continued to February 29, 2024 at 1:30 p.m., to be heard at the same time as Plaintiff's pending motions.

IT IS SO ORDERED.


DATED:  February 7, 2024                /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE